IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| MALIK JA'RELLE WILLIAMS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CITY OF SAVANNAH, GEORGIA; ) <br> CITY OF POOLER, GEORGIA; CITY ) <br> OF PORT WENTWORTH, GEORGIA, ) <br> ) <br> Defendants. ) | Civil Action No.: 4:21-cv-170-WTM-CLR |

### ORDER

Defendants in this 42 U.S.C. § 1983 action have jointly moved to dismiss plaintiff's Complaint. *See* doc. 8. Defendants have also moved to stay discovery pending the disposition of that motion. *See* doc. 9. Williams has not responded in opposition to either motion. *See generally* docket. This Court's Local Rules establish that failure to timely respond is construed as a lack of opposition. *See* S.D. Ga. L. Civ. R. 7.5 ("Failure to respond within the applicable [fourteen-day] time period shall indicate that there is no opposition to a motion."). As it is unopposed, the Motion to Stay is **GRANTED**. Doc. 9. The parties' Rule 26(f) reports are, therefore, **VACATED**. Docs. 10 & 12. No later than fourteen days after an Order disposing of the Motion to Dismiss, doc. 8, if any claims remain pending, the parties are **DIRECTED** to confer and submit an amended 26(f) report.

SO ORDERED this 16th day of September, 2021.

*/s/ Christopher L. Ray*
Christopher L. Ray United States
Magistrate Judge Southern District of
Georgia