IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| MALIK JA'RELLE WILLIAMS<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF SAVANNAH, GEORGIA, Official Capacity; CITY OF POOLER, GEORGIA, Official Capacity; and CITY OF PORT WENTWORTH, GEORGIA, Official Capacity;<br><br>    Defendants. | CASE NO. CV421-170 |

## O R D E R

Before the Court is the Magistrate Judge's January 28, 2022, Report and Recommendation (Doc. 17), to which Plaintiff has not filed objections. After a careful review of the record,[1] the report and recommendation is **ADOPTED** as the Court's opinion in this case. As a result, Defendants' Motion to Dismiss (Doc. 8) is **GRANTED**. Plaintiff's claims against Defendant City of Pooler, Georgia, are **DISMISSED WITHOUT PREJUDICE**. Plaintiff's claims against Defendants City of Savannah, Georgia, and City of Port Wentworth, Georgia,

---

[1] The Court reviews de novo a magistrate judge's findings to which a plaintiff objects, and the Court reviews for clear error the portions of a report and recommendation to which a plaintiff does not object. 28 U.S.C. § 636(b)(1); see Merchant v. Nationwide Recovery Serv., Inc., 440 F. Supp. 3d 1369, 1371 (N.D. Ga. 2020) (citing Macort v. Prem, Inc., 208 F. App'x 781, 784 (11th Cir. 2006) (per curiam) (outlining the standard of review for report and recommendations)).

are **DISMISSED WITH PREJUDICE.** The Clerk of Court is **DIRECTED** to

**CLOSE** this case.

SO ORDERED this \_\_3RD\_\_ day of March 2022.

```
                          _____
                          WILLIAM T. MOORE, JR.
                          UNITED STATES DISTRICT COURT
                          SOUTHERN DISTRICT OF GEORGIA
```